**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−28572−SLM | **DATE FILED::** 9/12/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Jinhee Seo<br>xxx−xx−6078 | ADDRESS OF DEBTOR(S):<br><br>102 Somerset Road<br>Norwood, NJ 07648 |
| DEBTOR'S ATTORNEY:<br>Jae Y. Kim<br>Law Offices of Jae Y. Kim, LLC<br>One University Plaza<br>Suite 212<br>Hackensack, NJ 07601<br><br>(201) 488−8600 | TRUSTEE:<br>Eric R. Perkins<br>McElroy, Deutsch, Mulvaney & Carpenter<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450<br>(201) 445−6722 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/5/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 6, 2017                                      FOR THE COURT
                                                              Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 17-28572-SLM
Jinhee Seo                                                          Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Dec 06, 2017
                              Form ID: noa                Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Jinhee Seo,    102 Somerset Road,    Norwood, NJ 07648-1927
517064267      +Alliance One Receivables Management, Inc,    Target Card Services,    PO BOX 660170,
                 Dallas, TX 75266-0170
517064268      +Allied Interstate, LLC,    PO BOX 361445,    Columbus, OH 43236-1445
517064271      +Best Buy,    PO BOX 6204,   Sioux Falls, SD 57117-6204
517064273      +Borough of Harrington Park,    85 Harriot Ave.,    Harrington Park, NJ 07640-1500
517064276      +Client Services Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
517064277      +ERC,   PO BOX 1259,    Dept. 98696,    Oaks, PA 19456-1259
517064278      +Macy's,    PO BOX 6167,   Sioux Falls, SD 57117-6167
517064281      +Quicken Loans, Inc.,    c/o Phelan Hallinan Diamond & Jones, PC,    400 Fellowhip Road,
                 Mount Laurel, NJ 08054-3437
517064282      +Real Time Resolutions.,    Dept. 107656,    PO Box 1259,    Oaks, PA 19456-1259
517064286      +United Collection Bureau, Inc.,    5620 Southwyck BLVD,    Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517064269      +EDI: AMEREXPR.COM Dec 06 2017 22:38:00     American Express,    PO Box 297858,
                 Fort Lauderdale, FL 33329-7858
517064270       EDI: BANKAMER.COM Dec 06 2017 22:38:00     Bank of America,    PO BOX 982235,
                 El Paso, TX 79998
517064274      +EDI: CAPITALONE.COM Dec 06 2017 22:38:00     Capital One Bank,    PO BOX 71083,
                 Charlotte, NC 28272-1083
517064275      +EDI: CITICORP.COM Dec 06 2017 22:38:00     Citi Card,    PO BOX 6077,
                 Sioux Falls, SD 57117-6077
517064279      +E-mail/Text: bnc@nordstrom.com Dec 06 2017 22:59:06     Nordstrom Card Services,    PO Box 6566,
                 Englewood, CO 80155-6566
517064280       EDI: PRA.COM Dec 06 2017 22:38:00     Portfolio Recovery Associates, LLC,    PO BOX 12914,
                 Norfolk, VA 23541
517065108      +EDI: RMSC.COM Dec 06 2017 22:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517064283      +EDI: RMSC.COM Dec 06 2017 22:38:00     Synchrony Bank,    PO BOX 965064,
                 Orlando, FL 32896-5064
517064285      +EDI: RMSC.COM Dec 06 2017 22:38:00     TJX Rewards,    PO BOX 530949,    Atlanta, GA 30353-0949
517064284      +EDI: WTRRNBANK.COM Dec 06 2017 22:38:00     Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
517064287      +EDI: WFFC.COM Dec 06 2017 22:38:00     Wells Fargo Business Direct,    PO BOX 29482,
                 Phoenix, AZ 85038-9482
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517064272       Boda Yoga Studio, LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Dec 06, 2017
                              Form ID: noa              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Jae Y. Kim    on behalf of Debtor Jinhee  Seo jkim@jyklaw.com,
               rmarelic@jyklaw.com;rmoon@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5