UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-28572 |
| Jinhee Seo | Chapter: 7 |
| | Judge: SLM |

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____January 23, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  102 Somerset Road (1/2 interest)
Norwood, NJ  07648

Fair Market Value: $400,000

Liens on property:  Subject to a first mortgage held by Quicken Loans on which there is due approximately $454,000.

Amount of equity claimed as exempt:  None

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28572-SLM
Jinhee Seo                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Dec 27, 2017
                             Form ID: pdf905         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
```
db           +Jinhee Seo,    102 Somerset Road,    Norwood, NJ 07648-1927
517064267    +Alliance One Receivables Management, Inc,    Target Card Services,    PO BOX 660170,
               Dallas, TX 75266-0170
517064268    +Allied Interstate, LLC,    PO BOX 361445,    Columbus, OH 43236-1445
517064269    +American Express,    PO Box 297858,    Fort Lauderdale, FL 33329-7858
517064270   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO BOX 982235,    El Paso, TX 79998)
517064271    +Best Buy,    PO BOX 6204,    Sioux Falls, SD 57117-6204
517064273    +Borough of Harrington Park,    85 Harriot Ave.,    Harrington Park, NJ 07640-1500
517064274    +Capital One Bank,    PO BOX 71083,    Charlotte, NC 28272-1083
517064275    +Citi Card,    PO BOX 6077,    Sioux Falls, SD 57117-6077
517064276    +Client Services Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
517064277    +ERC,   PO BOX 1259,    Dept. 98696,    Oaks, PA 19456-1259
517064278    +Macy's,    PO BOX 6167,    Sioux Falls, SD 57117-6167
517064281    +Quicken Loans, Inc.,    c/o Phelan Hallinan Diamond & Jones, PC,    400 Fellowhip Road,
               Mount Laurel, NJ 08054-3437
517064282    +Real Time Resolutions.,    Dept. 107656,    PO Box 1259,    Oaks, PA 19456-1259
517220868    +TD Bank, USA,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
517064284    +Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
517064286    +United Collection Bureau, Inc.,    5620 Southwyck BLVD,    Suite 206,    Toledo, OH 43614-1501
517064287    +Wells Fargo Business Direct,    PO BOX 29482,    Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:01     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517064269    +E-mail/Text: bnctest@becket-lee.com Dec 27 2017 22:33:30     American Express,    PO Box 297858,
               Fort Lauderdale, FL 33329-7858
517064279    +E-mail/Text: bnc@nordstrom.com Dec 27 2017 22:33:16     Nordstrom Card Services,    PO Box 6566,
               Englewood, CO 80155-6566
517064280     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2017 23:00:26
               Portfolio Recovery Associates, LLC,    PO BOX 12914,    Norfolk, VA 23541
517065108    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2017 22:47:32     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517064283    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2017 22:47:32     Synchrony Bank,    PO BOX 965064,
               Orlando, FL 32896-5064
517064285    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2017 22:47:32     TJX Rewards,    PO BOX 530949,
               Atlanta, GA 30353-0949
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517064272      Boda Yoga Studio, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature: /s/Joseph Speetjens

```
District/off: 0312-2         User: admin                Page 2 of 2              Date Rcvd: Dec 27, 2017
                             Form ID: pdf905            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Jae Y. Kim    on behalf of Debtor Jinhee  Seo jkim@jyklaw.com,
               rmarelic@jyklaw.com;rmoon@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```